```
 1  MORGAN, LEWIS & BOCKIUS LLP
    DAWN S. PITTMAN, State Bar No. 177962
 2  GRAHAM C. MILLS, State Bar No. 233261
    One Market, Spear Street Tower
 3  San Francisco, CA  94105-1126
    Tel:  415.442.1000
 4  Fax: 415.442.1001
    E-mail:  dpittman@morganlewis.com
 5
    Attorneys for Defendant
 6  THE PICTURE PEOPLE, INC.

 7  TROUTMAN SANDERS LLP
    MONIQUE M. FUENTES, Bar No. 205501
 8  5 Park Plaza, Suite 1400
    Irvine, Ca 92614-2545
 9  Tel: 949.622.2700
    Fax: 949.622.2739
10  Email:  monique.fuentes@troutmansanders.com

11  Attorneys for Plaintiff
    GREENWICH INSURANCE COMPANY
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GREENWICH INSURANCE COMPANY, | Case No. CV 10 2749 (SC) |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT THE PICTURE PEOPLE, INC. TO RESPOND TO COMPLAINT FILED BY PLAINTIFF GREENWICH INSURANCE COMPANY** |
| vs. | |
| THE PICTURE PEOPLE, INC., | |
| Defendant. | [LOCAL COURT RULE 6-1] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21925345.1

STIPULATION EXTENDING TIME FOR
DEFENDANT TO RESPOND TO
COMPLAINT (CV 10 2749 (SC))

1     PLAINTIFF GREENWICH INSURANCE COMPANY ("PLAINTIFF") AND DEFENDANT THE PICTURE PEOPLE, INC. ("DEFENDANT"), THROUGH THEIR RESPECTIVE COUNSEL, HEREBY AGREE AND STIPULATE PURSUANT TO LOCAL COURT RULE 6-1 AS FOLLOWS:

1. Plaintiff filed a complaint against Defendant in the United States District Court for the Northern District of California, case number CV-10-2749, on or about June 28, 2010 ("Complaint");

2. Plaintiff named no other party in the Complaint other than Defendant;

3. The Complaint is currently pending in this Court;

4. Defendant signed and returned to Plaintiff a Waiver of Summons form, dated July 21, 2010;

5. After the filing of the Complaint, Plaintiff and Defendant, through their counsel, engaged in multiple confidential settlement discussions;

6. Plaintiff and Defendant continue to engage in confidential settlement discussions;

7. Plaintiff and Defendant have a reasonable belief that a settlement agreement resolving this litigation can be reached and concluded in the near future;

8. Plaintiff and Defendant have agreed in principal to the key terms of their settlement agreement;

9. Therefore, to permit Plaintiff and Defendant time to continue to engage in confidential settlement discussions without engaging in the expense and time of litigation, Plaintiff hereby grants Defendant an extension of thirty (30) days from September 29, 2010 to respond to the Complaint; and

10. Plaintiff and Defendant agree that Defendant's response to the Complaint is now due on or before October 29, 2010.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21925345.1

2

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (CV 10 2749 (SC))

|   |   |   |
|---|---|---|
| 1 | IT SO STIPULATED. | |
| 2 | Dated: September 22, 2010 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | | |
| 4 | | By _____ |
| 5 | | Dawn S. Pittman<br>Attorneys for Defendant |
| 6 | Dated: September 21, 2010 | TROUTMAN SANDERS LLP |
| 7 | | |
| 8 | | By _____ |
| 9 | | Monique M. Fuentes<br>Attorneys for Plaintiff |

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA