UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GREENWICH INSURANCE COMPANY, | Case No. CV 10 2749 (SC) |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER EXTENDING TIME FOR DEFENDANT THE PICTURE PEOPLE, INC. TO RESPOND TO COMPLAINT FILED BY PLAINTIFF GREENWICH INSURANCE COMPANY AND TO EXTEND ADDITIONAL DEADLINES SET BY THE COURT |
| vs. | |
| THE PICTURE PEOPLE, INC., | |
| Defendant. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The deadline for Defendant Picture People, Inc. ("Defendant") to respond to Plaintiff Greenwich Insurance Company's ("Greenwich") Complaint is currently set for October 29, 2010. The Court hereby grants Defendant a sixty (60) day extension to the respond to the Complaint. Defendant's response to the Complaint is due December 28, 2010.

2. ~~The Court hereby vacates the following deadlines: i) deadline to meet and confer pursuant to Federal Rule of Civil Procedure, Rule 26(f) and ADR Local Rule 3-5 currently set for October 22, 2010; ii) filing of Case Management Statement currently set for November 5, 2010; iii) filing of a joint discovery plan currently set for November 8, 2010; iv) filing of an Alternative Dispute Resolution Certificate currently set for October 22, 2010; v) filing of a report pursuant to Federal Rules of Civil Procedure, Rule 26(f) currently set for November 5, 2010; and vi) filing of Initial Disclosures pursuant to Federal Rule of Civil Procedure, Rule 26(a), currently set for November 5, 2010. The Court will issue an Order rescheduling the foregoing deadlines.~~ Per the Order Setting Initial Case Management Conference and ADR Deadlines, deadlines are continued in accordance with the new Case Management Conference date.

[PROPOSED] ORDER (CV 10 2749 (SC))

3. The Case Management Conference scheduled for November 15, 2010 is ~~off calendar. The Court will issue an Order rescheduling the Case Management Conference.~~ continued until January 21, 2011 at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The parties are to file one Joint Case Management Statement on later than seven (7) days prior to the Case Management Conference.

Dated: __October 25__, 2010

_____
The Honorable
United States

*IT IS SO ORDERED*
*Judge Samuel Conti*

1054224v1

1

[PROPOSED] ORDER (CV 10 2749 (SC))