MORGAN, LEWIS & BOCKIUS LLP
DAWN S. PITTMAN, State Bar No. 177962
GRAHAM C. MILLS, State Bar No. 233261
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001
E-mail: dpittman@morganlewis.com

Attorneys for Defendant
THE PICTURE PEOPLE, INC.

TROUTMAN SANDERS LLP
MONIQUE M. FUENTES, Bar No. 205501
THOMAS H. PROUTY, Bar No. 238950
5 Park Plaza, Suite 1400
Irvine, Ca 92614-2545
Tel:   949.622.2700
Fax:   949.622.2739
Email: monique.fuentes@troutmansanders.com

TROUTMAN SANDERS LLP
ELIZABETH SARAH GERE (*Admitted Pro Hac Vice*)
401 9th Street, N.W., Suite 1000
Washington, DC 20004-2134
Tel:   202.274.2950
Fax:   202.274.2994
Email: elizabeth.gere@troutmansanders.com

Attorneys for Plaintiff
GREENWICH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENWICH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE PICTURE PEOPLE, INC.,<br><br>Defendant. | Case No. CV 10 2749 (SC)<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT THE PICTURE PEOPLE, INC. TO RESPOND TO COMPLAINT FILED BY PLAINTIFF GREENWICH INSURANCE COMPANY AND TO EXTEND ADDITIONAL DEADLINES SET BY COURT**<br><br>[LOCAL COURT RULE 6-2] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22083993.1

STIPULATION EXTENDING TIME FOR
DEFENDANT TO RESPOND TO
COMPLAINT (CV 10 2749 (SC))

PLAINTIFF GREENWICH INSURANCE COMPANY ("PLAINTIFF") AND DEFENDANT THE PICTURE PEOPLE, INC. ("TPP"), THROUGH THEIR RESPECTIVE COUNSEL, HEREBY AGREE AND STIPULATE PURSUANT TO LOCAL COURT RULE 6-2 AS FOLLOWS:

1. Plaintiff filed a complaint against TPP in the United States District Court for the Northern District of California, case number CV-10-2749, on or about June 28, 2010 ("Complaint") seeking a judicial declaration regarding its coverage obligations to TPP in connection with a lawsuit filed against TPP in the Superior Court of the State of California, County of Alameda ("Superior Court"), entitled Jamie L. Reese and Jennifer Harris *et al.* v. The Picture People, Inc., *et al.*, Case No. RG08394667 ("*Reese* litigation");

2. TPP is the sole defendant named in the Complaint and has signed and returned to Plaintiff a Waiver of Summons form, dated July 21, 2010;

3. In the *Reese* litigation, plaintiffs Jamie L. Reese and Jennifer Harris and TPP, through their respective counsel, have entered into a Stipulation of Settlement resolving the litigation, subject to final court approval;

4. The Superior Court conditionally certified a Settlement Class by an order dated November 19, 2010 and has set a final approval and fairness hearing for the settlement in the *Reese* litigation for February 10, 2011;

5. Accordingly, it is expected that final approval of the settlement agreement resolving the *Reese* litigation will be finalized on or before April 11, 2011;

6. In the instant litigation before this court, Plaintiff and TPP have executed a settlement agreement, wherein Plaintiff will dismiss the Complaint with prejudice, within five (5) days after the final approval of the settlement agreement in the *Reese* litigation;

7. As such, Plaintiff and TPP seek to extend TPP's time to respond to the Complaint. The Parties previously agreed to, and this Court approved, an extension of time for TPP to respond to the Complaint until December 28, 2010;

8. Therefore, to allow for sufficient time for the *Reese* litigation to be finalized and Plaintiff to dismiss the Complaint with prejudice, the Parties have stipulated to an additional

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22083993.1

1

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (CV 10 2749 (SC))

1   extension of sixty (60) days from April 11, 2011 for TPP to respond to the Complaint so that
2   Plaintiff and TPP will not need to engage in the expense and time of litigation before this Court;
3       9.   Plaintiff and TPP agree that TPP's response to the Complaint is now due on or
4   before June 10, 2011;
5       10.  The Parties further agree, subject to Court approval, that the following deadlines
6   set by the Court will be extended to allow sufficient time for the *Reese* litigation to be finalized and
7   the instant litigation to be dismissed by Plaintiff with prejudice in accordance with the settlement
8   agreement by and between the Parties:

(a) Deadline to meet and confer pursuant to Federal Rule of Civil Procedure, Rule 26(f), and ADR Local Rule 3-5, currently set for December 30, 2010, will be vacated and will be continued to a date in accordance with the New Case Management Conference, per the Order Setting Initial Case Management Conference;

(b) Case Management Conference, currently scheduled for January 21, 2011 at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, will be vacated and will be continued to a later date to be determined by the Court;

(c) filing of Case Management Conference Statement, currently set for January 14, 2011, will be vacated and will be continued to a date in accordance with the New Case Management Conference, per the Order Setting Initial Case Management Conference;

(d) filing of joint discovery plan, currently set for January 14, 2011, will be vacated and will be continued to a date in accordance with the New Case Management Conference, per the Order Setting Initial Case Management Conference;

(e) filing of an Alternative Dispute Resolution Certificate, currently set for December 30, 2010, will be vacated and will be continued to a date in accordance with the New Case Management Conference, per the Order

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22083993.1

2

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (CV 10 2749 (SC))

Setting Initial Case Management Conference;

(f) filing of a report pursuant to Federal Rules of Civil Procedure, Rule 26(f), currently set for January 14, 2011, will be vacated and will be continued to a date in accordance with the New Case Management Conference, per the Order Setting Initial Case Management Conference; and

(g) filing of Initial Disclosures pursuant to Federal Rule of Civil Procedure, Rule 26(a), currently set for January 14, 2011, will be vacated and will be continued to a date in accordance with the New Case Management Conference, per the Order Setting Initial Case Management Conference.

IT SO STIPULATED.

Dated: December 16, 2010            MORGAN, LEWIS & BOCKIUS LLP

                                    By _____
                                    Dawn S. Pittman
                                    Graham C. Mills
                                    Attorneys for Defendant

Dated: December 16, 2010            TROUTMAN SANDERS LLP

                                    By _____
                                    Elizabeth Sarah Gere
                                    Monique M. Fuentes
                                    Thomas H. Prouty
                                    Attorneys for Plaintiff

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA